```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 00361
   MICHELLE NICHOLSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1243

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/16/2006 and was confirmed 04/24/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 08/06/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00            .00           .00
KROPIK PAPUGA & SHAW       NOTICE ONLY      NOT FILED           .00           .00
APPLIED CARD BANK          UNSECURED        NOT FILED           .00           .00
AUTO CAPITAL ENTERPRISES   NOTICE ONLY      NOT FILED           .00           .00
CAPITAL ONE                UNSECURED          657.03            .00           .00
CITY OF CHICAGO PARKING    UNSECURED          480.00            .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00           .00
GREATER CHICAGO FINANCE    UNSECURED         1905.48            .00           .00
NCO FINANCIAL SYSTEM       UNSECURED        NOT FILED           .00           .00
NCO FINANCIAL SYSTEM       UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED           .00           .00
RETAILERS NATIONAL BANK    NOTICE ONLY      NOT FILED           .00           .00
WEXLER & WEXLER            UNSECURED        NOT FILED           .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE      3695.46           .00       3695.46
CITY OF CHICAGO WATER DE   SECURED             400.00           .00         101.70
COOK COUNTY TREASURER      SECURED             177.94           .00         177.94
HOMECOMINGS FINANCIAL      SECURED NOT I         .00            .00           .00
NICOLE LAWSON              DEBTOR ATTY       2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                          324.90
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              6,300.00

PRIORITY                                          .00
SECURED                                      3,975.10
UNSECURED                                         .00
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           324.90

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 00361 MICHELLE NICHOLSON
```

```
DEBTOR REFUND                                                       .00
                                        ---------------    ---------------
TOTALS                                      6,300.00           6,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 12/03/07                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```